UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| STEPHEN F. FRYER, | ) | |
| | ) | |
| PLAINTIFF | ) | |
| | ) | |
| V. | ) | CIVIL ACTION NO.1:09-cv-10178 |
| | ) | |
| A.S.A.P. Fire and Safety Corporation, Inc. | ) | |
| | ) | |
| Joseph Sheedy,  AND | ) | |
| | ) | |
| Brian Cote | ) | |
| DEFENDANTS | ) | |
| | ) | |

## PLAINTIFF'S POST TRIAL MOTION FOR INTEREST

1. Plaintiff respectfully moves this Honorable Court to award interest on parts of the judgment as follows and for the reasons set forth in the attached Memorandum of law:

(a). Post judgment interest on the entire award at the rate of 3.6% upon entry of final judgment by the court (which final award would including any attorney fees awarded);[1] and

---

[1] 11/6/2009 11/12/2009 0.36
www.federalreserve.gov/releases/h15/current/
and the historical rates, including the week before the trial at bar:
www.federalreserve.gov/releases/h15/data/Weekly_Friday_/H15_TCMNOM_Y1.txt

28 U.S.C.A. Sec. 1961(a) reads in pertinent part:
**CHAPTER 125--PENDING ACTIONS AND JUDGMENTS**
**§ 1961.Interest**
**(a)** Interest shall be allowed on any money judgment in a civil case recovered in a district court. Execution therefor may be levied by the marshal, in any case where, by the law of the State in which such court is held, execution may be levied for interest on judgments recovered in the courts of the State. Such interest shall be calculated from the date of the entry of the judgment, at a rate equal to **the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System,** *for the calendar week preceding the date of the judgment.* The Director of the

(b). Prejudgment interest from the date the suit was filed on February 6, 2009 on the Massachusetts Discrimination/Retaliation verdict of $289,000 (jury verdict form paragraph 29) at the state rate of 12% as authorized by MGL c. 231, Sec. 6B.[2] To the extent this requires an amendment to the judgment for this amount, the same is requested.

2. Local Rule 7.1 Certification: The below signed counsel did email Defendants' counsel pertaining to Plaintiff's post trial motions on December 1, 2009, including this motion, but did not receive an agreement to the relief requested

3. Any further relief the court deems just and fair.

Respectfully submitted

---

Administrative Office of the United States Courts shall distribute notice of that rate and any changes in it to all Federal judges.

**(b)** Interest shall be computed daily to the date of payment except as provided in section .2516(b) of this title and section 1304(b) of title 31, and shall be compounded annually.

2  Chapter 231: Section 6B. Interest added to damages in tort actions

Section 6B. In any action in which a verdict is rendered or a finding made or an order for judgment made for pecuniary damages for personal injuries to the plaintiff or for consequential damages, or for damage to property, there shall be added by the clerk of court to the amount of damages interest thereon at the rate of twelve per cent per annum from the date of commencement of the action even though such interest brings the amount of the verdict or finding beyond the maximum liability imposed by law.

/s/Nancy Richards-Stower
Nancy Richards-Stower
BB0# 560850
Law Offices of Nancy Richards-Stower
32 Daniel Webster Highway, Suite 7
Merrimack, NH 03054
603-881-3312
JobsAndJustice@aol.com


/s/Jon Meyer
Jon Meyer
BBO# 344391
Backus, Meyer, Solomon & Branch, LLP
116 Lowell Street
P.O. Box 0516
Manchester, NH 03105-016
603-668-7272
jmeyer@backusmeyer.com

Attorneys for the Plaintiff


Certificate of Service
I certify that on this 7th day of December, 2009, I caused a true copy of the within
**PLAINTIFF'S POST TRIAL MOTION FOR INTEREST AND MEMORANDUM
IN SUPPORT** be filed electronically with the court's CM/ECF system and thereby
served upon each of the following via email:

Jon Meyer
BBO# 344391
Backus, Meyer, Solomon & Branch, LLP
116 Lowell Street
P.O. Box 0516
Manchester, NH 03105-016
603-668-7272
jmeyer@backusmeyer.com

Kevin J. Murphy
BBO# 363115
One Courthouse Lane
Chelmsford, MA 01824
978-459-6320

Kevinmurpy@conversent.net

/s/ Nancy Richards-Stower