UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

STEPHEN F. FRYER,
    Plaintiff,

v.                                                    CIVIL ACTION NO.
                                                         09-10178-MBB

A.S.A.P. FIRE AND SAFETY
CORPORATION, INC., JOSEPH
SHEEDY AND BRIAN COTE,
    Defendants.

## FINAL JUDGMENT

**January 25, 2010**

**BOWLER, U.S.M.J.**

    The issues having been duly tried and decisions having been duly rendered,

    It is **ORDERED** and **ADJUDGED** that plaintiff Stephen F. Fryer ("plaintiff") recover from defendant A.S.A.P. Fire and Safety Corporation, Inc. ("ASAP") the sum of $12,720 and recover from Joseph Sheedy, Brian Cote and ASAP the sum of $493,028 with prejudgment interest in the sum of $33,532.99.  Plaintiff shall also recover postjudgment interest at the rate of 0.41%.


                                           /s/ Marianne B. Bowler
                                         **MARIANNE B. BOWLER**
                                         United States Magistrate Judge